IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CARLOS PERRY**  **PETITIONER**
Reg #86528-020

v.  CASE NO. 2:18-CV-00057 BSM

**GENE BEASLEY, Warden,**
FCC-Forrest City  **RESPONDENT**

## ORDER

The proposed findings and recommendations [Doc. No. 12] submitted by United States Magistrate Judge Patricia S. Harris and Carlos Perry's objections [Doc. No. 13] have been reviewed. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Perry's petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241, construed as a motion to vacate, set aside, or correct his sentence pursuant to section 2255, is dismissed without prejudice, and judgment is entered for respondent Beasley.

IT IS SO ORDERED this 23rd day of October 2018.

_____
UNITED STATES DISTRICT JUDGE